

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2019

No. 04-19-00110-CV

**IN RE ACADEMY, LTD.**

Original Mandamus Proceeding[1]

**ORDER**

Relator filed a letter with this court on March 13, 2019 asking this court to dismiss its petition for writ of mandamus. We grant the request and dismiss the petition for writ of mandamus.

It is so **ORDERED** on March 20, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI23341, styled *Chris Ward, et al. v. Academy, Ltd. d/b/a Academy Sports + Outdoors*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.